

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00405-CV

ANNTINA CHEATHAM, Appellant

§ On Appeal from County Court at Law No. 1

§ of Tarrant County (2023-006131-1)

V.

§ August 22, 2024

ALISETTY INVESTMENTS LLC C/O
HARIKISHORE ALISETTY, Appellee

§ Memorandum Opinion by Justice Kerr

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of prosecution.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr